**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RASHAR BRANDON WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:25-cv-015 |
| | ) | Judge Stephanie L. Haines |
| LEONARD J. ODDO, Jr., *et al.,* | ) | Magistrate Judge Richard A. Lanzillo |
| | ) | |
| Respondents. | ) | |
| | ) | |

## <u>MEMORANDUM ORDER</u>

Presently before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed *pro se* by Rashar Brandon Williams ("Petitioner") (ECF No. 4). On March 17, 2025, the Court ordered service of the Petition (ECF No. 6). On March 12, 2026, this case was reassigned to Magistrate Judge Richard A. Lanzillo for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D. Judge Lanzillo issued a Case Management Order (ECF No. 8) on March 18, 2026. Laura Schleich Irwin entered her appearance on behalf of Respondents (ECF No. 9), and on March 30, 2026, docketed a Notice of Suggestion of Mootness (ECF No. 13), informing the Court that Petitioner had been removed from the United States on April 24, 2025. ECF No. 13, p. 1; ECF No. 13-1 (Declaration of Michael Blair, Supervisory Detention and Deportation Officer for the U.S. Department of Homeland Security, Immigration and Customs Enforcement, Enforcement and Removal Operations, under penalty of perjury, confirming that Petitioner was removed from the United States on April 24, 2025, on Flight #25-001347 from AEX with a final destination of MKJP).

On April 3, 2026, Magistrate Judge Lanzillo filed a Report and Recommendation (ECF No. 14) recommending that the Petition (ECF No. 4) be dismissed as moot because the Court had

1

learned that Petitioner had been removed from the United States prior to an Answer to the Petition being filed.  Objections to the Report and Recommendation could be filed on or before April 20, 2026.  *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2.  No objections were filed, and the time to do so has expired.

Upon review of the record and the Report and Recommendation (ECF No. 14) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Lanzillo in this matter. Judge Lanzillo correctly deemed Petitioner's Petition for Habeas Corpus moot as Petitioner was removed from the United States on April 24, 2025, and as such there is no remedy the Court can provide.

Accordingly, the following order is entered:

## **ORDER**

AND NOW, this 22nd day of April, 2026, IT IS ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 4) hereby is DISMISSED AS MOOT; and,

IT IS FURTHER ORDERED that Magistrate Judge Lanzillo's Report and Recommendation (ECF No. 14) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

_____
Stephanie L. Haines
United States District Judge

2